THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tryson Green, Appellant.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
__________
Unpublished Opinion No. 2007-UP-368   
 
Submitted September 14, 2007  Filed September 17, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Green appeals from his guilty plea to third degree burglary, arguing his three-year prison sentence was disproportionate to the crime committed.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Greens appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.